**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 135 MAL 2023

　　　　Respondent    :
　　　　　　　　　　　　　　　　　　　　:    Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　　:    from the Order of the Superior Court
　　v.    :

BERNARD KENNETH SCHADE,    :

　　　　Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 136 MAL 2023

　　　　Respondent    :
　　　　　　　　　　　　　　　　　　　　:    Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　　:    from the Order of the Superior Court
　　v.    :

BERNARD KENNETH SCHADE,    :

　　　　Petitioner    :

**ORDER**

**PER CURIAM**

　　　**AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.